ORIGINAL

BRETT J. WILLIAMSON (S.B. #145235)
AMY J. LAURENDEAU (S.B. #198321)
THOREY M. BAUER (S.B. #234813)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Attorneys for Plaintiff
K. Jamel Walker

FILED
06 SEP 11 PM 2:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

K. Jamel Walker,

Plaintiff,

v.

James H. Gomez, et al.,

Defendant.

Case No. 96-CV-609 JM (PCL)

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties to the above-captioned action that this entire action by Plaintiff K. Jamel Walker be dismissed with prejudice.

Dated: July 11, 2006

BRETT J. WILLIAMSON
AMY J. LAURENDEAU
THOREY M. BAUER
O'MELVENY & MYERS LLP

By: [signature]
Thorey M. Bauer
Attorneys for Plaintiff K. Jamel Walker

Dated: July 11, 2006

BILL LOCKYER
ROBERT F. HELFAND
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: [signature]
Rene Lucaric
Attorneys for Defendants

IT IS SO ORDERED
DATED 9/11/06
[signature]
UNITED STATES DISTRICT JUDGE

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: **K. Jamel Walker v. James H. Gomez, et al.**

No.: **96-CV-0609 JM (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 6, 2006, I served the attached **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**Thorey Bauer, Esq.**
**O'Melveny & Myers LLP - Newport Beach**
610 Newport Center Drive, Suite 1700
Newport Beach, CA 92660-6429
Attorney for Plaintiff
K. Jamel Walker - CDC No. D-92260

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 6, 2006, at Los Angeles, California.

M. I. Salvador
Declarant

M. I. Salvador
Signature

50115939.wpd